```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 14597
   ELMER D MCCUMBERS
   KIM M MCCUMBERS                              CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

          Debtor
   SSN XXX-XX-0547    SSN XXX-XX-7125


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 08/13/07 and confirmed on 12/21/07.

     2.  The case was dismissed after confirmation, 01/09/2009.

     3.  The Debtor paid a total of $  16490.00 .

     4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT   INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------------
AMERICAS SERVICING CO     CURRENT MORTG         .00           .00           .00
AMERICAS SERVICING CO     MORTGAGE ARRE      759.93           .00        759.93
HSBC AUTO FINANCE         SECURED VEHIC    21155.00         2006.55     5640.04
FORD MOTOR CREDIT CO      UNSECURED        39896.57           .00           .00
WEST VIRGINIA CHILD SUPP  CHILD SUPPORT    18252.07           .00        3765.18
INTERNAL REVENUE SERVICE  PRIORITY         NOT FILED          .00           .00
BAXTER CREDIT UNION       UNSECURED         3390.82           .00           .00
CAPITAL ONE BANK          UNSECURED         6950.51           .00           .00
EXXON MOBILE              UNSECURED        NOT FILED          .00           .00
HOME DEPOT CREDIT SERVIC  UNSECURED        NOT FILED          .00           .00
ECAST SETTLEMENT CORPORA  UNSECURED         1172.01           .00           .00
NICOR GAS                 UNSECURED          252.95           .00           .00
ROUNDUP FUNDING LLC       UNSECURED          628.13           .00           .00
HSBC AUTO FINANCE         UNSECURED          261.94           .00           .00
ILLINOIS DEPT REVENUE     PRIORITY          2535.67           .00        439.68
ILLINOIS DEPT REVENUE     UNSECURED          249.50           .00           .00
          Summary of disbursements:
------------------------------------------------------------------------------
                   SECURED    PRIORITY    UNSECURED       OTHER        TOTAL

TOTAL CLMS ALLOWED  21914.93   20787.74     52802.43        .00      95505.10
PRINCIPAL PAID       6399.97    4204.86        .00          .00      10604.83
INTEREST PAID        2006.55       .00         .00          .00       2006.55
TOTAL PAID           8406.52    4204.86        .00          .00      12611.38
The Debtor's attorney, FELD & KORRUB LLC              , was allowed $   3500.00
and was paid $    500.00   direct and $   3000.00  through the plan.

The Trustee received $     878.62 .

Refunds to the Debtor totaled $        .00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/11/09                          /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE



                              PAGE   2
        CASE NO. 07 B 14597 ELMER D MCCUMBERS & KIM M MCCUMBERS